3

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

                   Plaintiff,

v.

TORREY M. HARRIS,
    a/k/a "Pedro Sleeves"

                  Defendant.

Case: 4:19-cr-20085
Judge: Leitman, Matthew F.
MJ: Davis, Stephanie Dawkins
Filed: 02-20-2019
SEALED MATTER

---

## INDICTMENT

---

## THE GRAND JURY CHARGES:

### COUNT ONE

### Possession of a Firearm by a Prohibited Person
### (18 U.S.C. § 922(g)(1))

On or about January 24, 2019, in the Eastern District of Michigan, TORREY M. HARRIS, a.k.a. Pedro Sleeves, after having been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is, a Century Arms, Micro Draco, 7.62x39mm caliber, semi-automatic pistol, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

### (18 U.S.C. § 924(d)(1))

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1). Upon conviction of the offense charged in Count One of this Indictment, TORREY M. HARRIS, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), any firearm and ammunition involved in said offense including but not limited to a Century Arms, Micro Draco, 7.62x39mm caliber, semi-automatic pistol, bearing serial number PD-7630-2015.

THIS IS A TRUE BILL.

s/ GRAND JURY FOREPERSON

Dated: 2-20-19

MATTHEW SCHNEIDER
United States Attorney

s/ BLAINE T. LONGSWORTH
Assistant United States Attorney
600 Church Street, Flint, MI 48502
Telephone: 810.766.5177
P55984

s/ ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices

| United States District Court<br>Eastern District of Michigan | **Criminal C** | Case: 4:19-cr-20085<br>Judge: Leitman, Matthew F.<br>MJ: Davis, Stephanie Dawkins<br>Filed: 02-20-2019<br>SEALED MATTER |
|---|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing thi**

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | Judge Assigned: |
| ☐ Yes      ☐ No | AUSA's Initials: |

**Case Title:** USA v.  TORREY M. HARRIS

**County where offense occurred :**  Genesee

**Check One:**      ☒ **Felony**          ☐ **Misdemeanor**          ☐ **Petty**

✓ Indictment/____Information --- **no** prior complaint.
____Indictment/____Information ---  based upon prior complaint [**Case number:**                ]
____Indictment/____Information ---  based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____      **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

February 20, 2019                s/ BLAINE LONGSWORTH _____
_____Date_____

BLAINE T. LONGSWORTH, AUSA
600 Church Street, Ste. 210, Flint, MI 48502
Phone: (810) 766-5177
Fax:    (810) 766-5427
E-Mail address: blaine.longsworth@usdoj.gov
Attorney Bar #: P55984

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.