UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                          Case No. 19-cr-20085
                                           Hon. Matthew F. Leitman

v.

TORREY M. HARRIS,

        Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION TO SUPPRESS (ECF #12)

On March 15, 2019, Defendant Torrey M. Harris filed a motion to suppress all evidence, statements, and fruits obtained during and as a result of what Defendant alleges was an unlawful traffic stop. (Motion, ECF #12.)  The government responded in opposition to the motion on March 29, 2019. (Resp., ECF #13.)

On May 2, 2019, the Court held an evidentiary hearing on Defendant's motion.  For the reasons stated on the record during the hearing, Defendant's motion (ECF #12) is **DENIED**.

    **IT IS SO ORDERED.**

                                      /s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN
                                      UNITED STATES DISTRICT JUDGE

Dated:  May 3, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 3, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda

Case Manager

(810) 341-9764