AO 442 (Rev. 01/09) Arrest Warrant

AUSA LONGSWORTH
Special Agent SWAIN, ATF

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America

v.

**TORREY M. HARRIS,**
a/k/a "Pedro Sleeves"

Case: 4:19-cr-20085
Judge: Leitman, Matthew F.
MJ: Davis, Stephanie Dawkins
Filed: 02-20-2019
SEALED MATTER

## ARREST WARRANT



FILED
JUN 17 2019
U.S. DISTRICT COURT
FLINT, MICHIGAN

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* TORREY M. HARRIS, a/k/a "Pedro Sleeves",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

On or about January 24, 2019, in the Eastern District of Michigan, defendant having been previously convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed a firearm that was shipped and transported in interstate commerce and foreign commerce, in violation of 18 U.S.C., Section 922(g)(1).

Date: 2-20-19

*Issuing officer's signature*
DURENE L. WORTH

City and state: Flint, Michigan

*Printed name and title*
DEPUTY CLERK

| Return |
|---|
| This warrant was received on *(date)* 2-20-19, and the person was arrested on *(date)* 2-25-19 at *(city and state)* FLINT, MI. |
| Date: 2-25-19 |
| *Arresting officer's signature* |
| JAMES SWAIN TFO/ATF |
| *Printed name and title* |

Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA